**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

RICHARD D. HURLES,
     *Petitioner-Appellant*,

v.

CHARLES L. RYAN*,
     *Respondent-Appellee*.

No. 08-99032

D.C. No.
2:00-cv-0118-RCB

ORDER

Filed May 16, 2014

Before: Harry Pregerson, Dorothy W. Nelson,
and Sandra S. Ikuta, Circuit Judges.

**ORDER**

The warden's Motion for Ruling on Respondent-Appellees' Petition for Rehearing En Banc, filed February 1, 2013, is **DENIED**. The parties may file a petition for rehearing and rehearing en banc with respect to the opinion filed together with this order.

**IT IS SO ORDERED.**

---

* Charles L. Ryan is substituted for his predecessor, Dora B. Schriro, as Director for the Arizona Department of Corrections. Fed. R. App. P. 43(c)(2).